would have resulted in reversal, specifically, the jury's verdict was against the weight of the evidence. Upon our review of the motion papers, we conclude that the issue may have merit. Therefore, the order of December 30, 2011 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before September 26, 2013. Present—Smith, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN MORRIS, Appellant. [967 NYS2d 864]— Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYRIL WINEBRENNER, Appellant. [967 NYS2d 864]— Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

■ SHAWN GILES, Also Known as SHAWN ANTHONY COFFEE, Appellant, v A. GI YI et al., Respondents, et al., Defendants. [967 NYS2d 864]— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni, Whalen and Martoche, JJ.

■ JOSEPH LAUZONIS, Respondent, v COLLEEN LAUZONIS, Appellant. [967 NYS2d 864]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ TONYA TIEDE, Respondent-Appellant, v FRONTIER SKYDIVERS, INC., et al., Appellants-Respondents, et al., Defendants. (Appeal No. 1.) [967 NYS2d 864]— Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ TONYA TIEDE, Respondent-Appellant, v FRONTIER SKYDIVERS, INC., et al., Appellants-Respondents, et al., Defendants. (Appeal No. 2.) [967 NYS2d 864]— Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ INEZ BIELECKI, Respondent, v RICHARD BIELECKI, Appellant. [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.

■ In the Matter of EMMANUEL PATTERSON, Respondent, v ANDREA W. EVANS, Chairwoman, New York State Division of Pa-